

# NUMBER 13-23-00317-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

TINA PEREZ,                                                          Appellant,

v.

ALBERT GARCIA,                                                      Appellee.

## ON APPEAL FROM THE COUNTY COURT AT LAW
## OF KLEBERG COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Justices Benavides, Longoria, and Silva
### Memorandum Opinion by Justice Longoria

This matter is before the Court on its own motion. On July 25, 2023, the Clerk of the Court notified appellant that it appeared that her notice of appeal was not in compliance with Texas Rules of Appellant Procedure 9.5(e) and 25.1(d)(2), (3), and (4). *See* TEX. R. APP. P. 9.5(e), 25.1(d)(2), (3), (4).

On November 9, 2023, we abated this cause and remanded the matter to the trial court to determine whether the judgment needed to be amended. Upon review of the trial court's clarification and findings of fact, the cause was reinstated. On April 24, 2024, the Clerk of the Court again notified appellant that it appeared that her notice of appeal was not in compliance with Texas Rules of Appellant Procedure 9.5(e) and 25.1(d)(2), (3), and (4). *See id.* R. 9.5(e), 25.1(d)(2), (3), (4). The Clerk of the Court further instructed appellant that if the defect was not corrected within ten days, the appeal would be dismissed *See id.* R. 42.3(b), (c).

Appellant has failed to correct the defect in her notice of appeal and has otherwise not responded to the notices from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See id.* R. 42.3(b), (c).

NORA L. LONGORIA
Justice

Delivered and filed on the
6th day of June, 2024.